**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javaris Montez BLOODSER,**
**Defendant–Appellant.**

**No. 14–12175**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2015.

Charles L. Calhoun, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Donald L. Johstono, Donald L. Johstono, Attorney at Law, Macon, GA, Javaris Montez Bloodser, Washington SP, Davisboro, GA, for Defendant–Appellant.

Before HULL, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Donald L. Johstono, appointed counsel for Javaris Montez Bloodser in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that coun-

sel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bloodser's conviction and sentence are **AFFIRMED.**